HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA. BAR # 176333
1478 Stone Point Drive, Suite 400
Roseville, CA 95661
Telephone: (916) 622-1703
Facsimile:  (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
ANTON TKACHEV

IN THE UNTED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. 11-514-TLN; Cr. No. 12-060 TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER RE: MODIFICATION OF TERMS OF |
| v. | ) | SUPERVISED RELEASE |
| ANTON TKACHEV, | ) | |
| Defendant. | ) | |

    Plaintiff, the United States of America, by its counsel, Assistant United States Attorney Lee S. Bickley, defendant Anton Tkachev, by his attorney, Christopher Haydn-Myer, and United States Pre-Trial Service Officer Renee Basurto, hereby jointly request and stipulate that this Court may sign the Proposed Order, ordering that Mr. Anton Tkachev abide by the modified conditions of pretrial release.

    The reason for the request is that Mr. Tkachev was arrested on charges stemming from a domestic altercation, and it is unknown whether or not the district attorney's office will be filing charges.  Assistant United States Attorney Lee S. Bickley, and United States Pre-Trial Service Officer Renee Basurto are in support of the modifications.

The modifications are as follows:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You shall cooperate in the collection of a DNA sample;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

10. You shall not associate or have any contact with your co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring or other location verification system:

    CURFEW: You are restricted to your residence every day as directed by the pretrial services officer.

13. You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.  You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

14. You shall not use or possess any identification other than in your own legal name or true name; and

15. **You shall participate in the Better Choices court program and comply with all the rules and regulations of the program.  You shall remain in the program until released by a pretrial services officer.  In accordance with this condition, you must appear before the Honorable Allison Claire, courtroom No. 26, on February 18, 2014 at 10:30 a.m.**

**IT IS SO STIPULATED.**

DATED: February 10, 2014                BENJAMIN B. WAGNER
                                        Unites States Attorney

                                        /s/ Lee S. Bickley
                                        LEE S. BICKLEY
                                        Assistant United States Attorney

DATED: February 10, 2014                UNITES STATES PRE-TRIAL SERVICES

                                        /s/ Renee Basurto
                                        RENEE BASURTO
                                        United States Pre-Trial Services Officer

DATED: February 10, 2014                LAW OFFICE OF CHRISTOPHER HAYDN-MYER

                                        /s/ Christopher Haydn-Myer
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant Anton Tkachev

///
///
///
///
///

**ORDER**

GOOD CAUSE APPEARING and based on the foregoing stipulation, it is ordered that that Anton Tkachev's terms of release be modified to include the language in this Stipulation and Proposed Order.

**IT IS SO ORDERED.**

DATED: February 11, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE