Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant ANTON TKACHEV

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>AHMED CHARTAEV, et al.,<br><br>Defendants. | Case No. CR 11-00514-TLN<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

Defendant Anton Tkachev, by and through his counsel, Edward. W. Swanson, and the United States of America, by and through its counsel, Assistant United States Attorney Heiko Coppola, hereby submit this stipulated request to modify Mr. Tkachev's conditions of release. The parties agree and stipulate that the conditions of Mr. Tkachev's pre-trial release shall be modified as follows:

1.     Mr. Tkachev's conditions of pretrial release include a condition of electronic monitoring;

2.     Mr. Tkachev wishes to stay in a room at the Rodeway Inn located at 817 West Capitol Avenue, West Sacramento, CA 95691, from October 22, 2015 through October 26, 2015;

3.     The parties stipulate and agree that beginning on October 22, 2015 and continuing

1  through October 26, 2015, the electronic monitoring of Mr. Tkachev will be administered by

2  pretrial services at the Roadway Inn in a room determined to be acceptable by pretrial services.

3       4.      In all other respects, the conditions of Mr. Tkachev's pretrial release shall remain

4  the same.

5       5.      Pretrial Services Officer Renee Basurto has no objection to the proposed

6  modification.

**IT IS SO STIPULATED.**

DATED:  October 19, 2015.

_____/s/_____
Heiko Coppola
Assistant United States Attorney

DATED:  October 19, 2015.

_____/s/_____
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for ANTON TKACHEV

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  October 19, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE