Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant ANTON TKACHEV

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>AHMED CHARTAEV, et al.,<br><br>          Defendants. | Case No. CR 11-00514-TLN<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

Defendant Anton Tkachev, by and through his counsel, Edward. W. Swanson, and the United States of America, by and through its counsel, Assistant United States Attorney Heiko Coppola, hereby submit this stipulated request to modify Mr. Tkachev's conditions of release. The parties agree and stipulate as follows:

1. On August 6, 2012, the Court set Mr. Tkachev's conditions of pretrial release. Those conditions included electronic monitoring and home confinement during curfew hours. Mr. Tkachev's pretrial release was accompanied by $120,000 in unsecured appearance bonds posted by three sureties. *See U.S. v. Shchirskiy* (No. CR 12-00060-TLN), Dkt. 27.

2. The parties stipulate and respectfully request to substitute the unsecured appearance bond referred to in paragraph 1 with a $140,000 appearance bond secured by equity

in property owned by Mr. Tkachev's brother and sister-in-law.

3. Assistant United States Attorney Heiko Coppola has reviewed and approved the property posting package associated with the $140,000 secured appearance bond.

4. The parties stipulate and respectfully request that in light of secured appearance bond, Mr. Tkachev's conditions of pretrial release should be modified to remove the conditions of electronic monitoring and home confinement.

5. In all other respects, the conditions of Mr. Tkachev's pretrial release shall remain the same.

6. Pretrial Services Officer Renee Basurto has no objection to the proposed modification.

/ / /

/ / /

/ / /

/ / /

2

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE**
*United States v. Chartaev, et al.  (No. CR 11-00514-TLN)*

7. After this order is signed by the Court, Mr. Tkachev will submit a bond posting packet to the Clerk of the Court that includes a $140,000 appearance bond secured by equity in property owned by Mr. Tkachev's brother and sister-in-law.

**IT IS SO STIPULATED.**

DATED:  October 29, 2015.                                   /s/
Heiko Coppola
Assistant United States Attorney

DATED:  October 29, 2015.                                   /s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for ANTON TKACHEV

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 30, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE**
*United States v. Chartaev, et al.  (No. CR 11-00514-TLN)*