Edward W. Swanson, SBN 159859
ed@smllp.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant ANTON TKACHEV

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-cr-00514-TLN (KJN) |
| Plaintiff, | ) **REQUEST AND ORDER TO** |
| v. | ) **EXONERATE BOND** |
| AHMED CHARTAEV and ANTON TKACHEV, et al., | ) |
| Defendants. | ) |

/ / /

/ / /

/ / /

Defendant Anton Tkachev respectfully requests an order from this Court exonerating the Appearance Bond that secured his appearance in this case.

Defendant Tkachev makes this request based on the fact that defendant Anton Tkachev voluntarily surrendered to the custody of the Bureau of Prisons on July 13, 2017.  See Dkt. No. 398 (judgment returned executed).

WHEREFORE, on behalf of Anton Tkachev and the sureties who signed the appearance bond for Mr. Tkachev, Ilya Tkachev and Dina Tkachev, I am respectfully requesting this Court order the exoneration of the Appearance Bond (Dkt. No. 269) and order the Clerk of Court to reconvey the sureties' property, a Deed of Trust for $140,000.00 recorded on the property located at 432 Todhunter Avenue, West Sacramento, California, 95691, on October 28, 2015, in Yolo County, as instrument number 2015-0030093-00.  See Dkt. No. 268 (collateral received for appearance bond).

Respectfully submitted,

Dated: November 15, 2021

    /s/ Edward W. Swanson  
Edward W. Swanson  
SWANSON & McNAMARA LLP  
Attorneys for Defendant Anton Tkachev

**ORDER**

For the reasons stated above, IT IS HEREBY ORDERED that the property surety bond securing the attendance of defendant Anton Tkachev in the above-captioned matter is exonerated.

IT IS FURTHER ORDERED that the Clerk of Court shall reconvey the property of the surety located as follows:

Name of Sureties: Ilya Tkachev and Dina Tkachev

Address: 432 Todhunter Avenue, West Sacramento, California, 95691

Yolo County Instrument Number: 2015-0030093-00

IT IS SO ORDERED.

DATED: December 10, 2021

Troy L. Nunley
United States District Judge